COMMONWEALTH of Pennsylvania,
Respondent

v.

Elmer WILLIAMS, Petitioner

No. 375 WAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Justin Bernard BEGANDY, Petitioner

No. 396 WAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Christopher Joe YOUNGER, Petitioner

No. 380 WAL 2016

Supreme Court of Pennsylvania.

February 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**